Joanna M. Myers, Esq.
Nevada Bar No. 12048
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jmm@h2law.com
Email: jwf@h2law.com

*Attorneys for Defendant Marlyn Ramirez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIKE FIELDS, an individual, | Case No. 2:21-cv-02102-CDS-EJY |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO FILE AND SERVE HER OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |
| vs. | |
| MARLYN RAMIREZ, an individual, | |
| Defendant. | (First Request) |

Plaintiff Mike Fields ("Plaintiff" or "Mr. Fields") and Defendant Marlyn Ramirez ("Defendant" or "Ms. Ramirez") hereby agree and stipulate as follows:

1.      On December 2, 2022, Plaintiff filed Plaintiff's Motion to Compel (ECF No. 42) (the "Motion").

2.      Pursuant to LR 7-2(b), Defendant's opposition to the Motion is due in 14 days, *i.e.*, on December 16, 2022.

3.      Defendant's counsel has requested, and Plaintiff's counsel has agreed, to grant Defendant a 1-week extension of time, until December 23, 2022, to file and serve Defendant's opposition to the Motion.

4.      Good cause exists for the requested extension because: (a) Defendant's principal counsel, Ms. Myers, is presently occupied with obligations in other matters; (b) Defendant's co-counsel, Mr. Fountain, has only very recently been introduced to this matter; and (c) Ms. Ramirez, is presently out of the country which, due to the time difference, has made communicating with her counsel more difficult.

HOWARD & HOWARD ATTORNEYS PLLC

5.      This is Defendant's first request for an extension of time to file and serve her opposition to the Motion.

**IT IS SO AGREED AND STIPULATED:**

By: _____/s/ Jonathan W. Fountain_____
Joanna M. Myers, Esq.
Jonathan W. Fountain, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com

*Attorneys for Defendant Marlyn Ramirez*

By: _____/s/ Caleb A. Hatch_____
Robert J. Carlson, Esq.
Caleb A. Hatch, Esq.
LEE & HAYES, P.C.
601 W. Riverside Ave., Suite 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Email: carlson@leehayes.com
Email: caleb.hatch@leehayes.com

BARRON & PRUITT, LLP
Joseph R. Meservy, Esq.
3890 West Ann Road
North Las Vegas, NV 89031
Telephone: (702) 870-3940
Email: jmeservy@lvnvlaw.com

*Attorneys for Plaintiff Mike Fields*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: _____December 16, 2022_____