UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIKE FIELDS, | Case No. 2:21-cv-02102-CDS-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| MARLYN RAMIREZ, | |
| Defendant. | |

Pending before the Court is Plaintiff's Emergency Motion for Protective Order Regarding Deposition Without Reasonable Notice (ECF No. 69). The Motion pertains to the unilateral scheduling of Plaintiff's deposition by Defendant and the unavailability of Plaintiff's counsel on the date selected. Because the standard due dates for an opposition and reply would render the issue raised in Plaintiff's Motion moot, the Court finds emergency consideration of the issue presented warranted. Further, given counsel's unavailability commencing on October 18 and concluding on October 25, 2023, the Court finds it appropriate to vacate the October 23, 2023 deposition of Plaintiff.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Emergency Motion for Protective Order Regarding Deposition Without Reasonable Notice (ECF No. 69) is GRANTED to the extent that the deposition set for October 23, 2023 is vacated.

IT IS FURTHER ORDERED that Defendant may respond to Plaintiff's Emergency Motion despite this Order. The Court will consider the response and any reply subsequently filed.

IT IS FURTHER ORDERED that the parties must meet and confer no later than October 30, 2023 to reset Plaintiff's deposition, which must take place by or before November 15, 2023.

Dated this 17th day of October, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1