1  Joanna M. Myers, Esq.
   Nevada Bar No. 12048
2  Jonathan W. Fountain, Esq.
   Nevada Bar No. 10351
3  HOWARD & HOWARD ATTORNEYS PLLC
   3800 Howard Hughes Parkway, Suite 1000
4  Las Vegas, Nevada 89169
   Telephone: (702) 257-1483
5  Email: jmm@h2law.com
   Email: jwf@h2law.com
6
7  *Attorneys for Defendant Marlyn Ramirez*

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

9

10 MIKE FIELDS,                          Case No.  2:21-cv-02102-CDS-EJY

11            Plaintiff                  **ORDER GRANTING DEFENDANT'S**
                                         **UNOPPOSED MOTION TO EXTEND:**
12      vs.                              **(1) THE JANUARY 3, 2024, DEADLINE**
                                         **FOR PLAINTIFF TO SUPPLEMENT**
13 MARLYN RAMIREZ,                       **HIS PENDING MOTION FOR**
                                         **SUMMARY JUDGMENT; AND (2) FOR**
14            Defendant                  **DEFENDANT TO FILE A MOTION**
                                         **FOR SUMMARY JUDGMENT**
15                                       **(Second Request)**
                                         **[ECF No. 82]**

16      Defendant Marlyn Ramirez ("Defendant" or "Ms. Ramirez"), by and through her

17 undersigned counsel, hereby moves the Court to extend the January 3, 2024, deadline for Plaintiff

18 to supplement his pending motion for summary judgment (ECF No. 80) and the January 3, 2024,

19 deadline for Defendant to file and serve her motion for summary judgment to January 24, 2024.

20 Good cause exists for the requested extension.  This is the second request by the parties for such

21 an extension.

22      First, good cause exists for the requested extension because during the parties' November

23 15, 2023, depositions, the parties each identified additional information and documents that the

24 parties have agreed to exchange by December 20, 2023, but have yet to exchange.

25      Second, good cause exists for the requested extension because one of Defendant's lawyers,

26 Ms. Myers, must travel to Missouri the week of December 25 to assist in the care of her mother

27 who has recently suffered an acute illness, and, in addition, Ms. Myers has substantial

28 responsibilities to Defendant and to her co-counsel, Mr. Fountain, to assist with the preparation

*HOWARD & HOWARD ATTORNEYS PLLC*

of Defendant's motion for summary judgment.[1]

Third, good cause otherwise exists for the requested extension in light of the intervening Christmas holiday and the holiday and travel plans of the parties and their counsel.

On December 19, 2023, Defendant's counsel, Ms. Myers, and Plaintiff's counsel, Mr. Hatch, met and conferred with respect to Defendant's request for an extension of the foregoing deadlines.  After discussion, however, while Plaintiff's counsel was unwilling to stipulate to the requested extension, Plaintiff's counsel indicated that Plaintiff would not oppose a motion filed by Defendant's counsel seeking the requested extension.

Accordingly, for the foregoing reasons, Defendant respectfully requests that the Court enter an order extending the January 3, 2024, deadline for Plaintiff to supplement his pending motion for summary judgment (ECF No. 80) and the January 3, 2024, deadline for Defendant to file and serve her motion for summary judgment to January 24, 2024, with opposition and reply briefing to follow in the ordinary course.

Dated: this 19th day of December 2023

HOWARD & HOWARD ATTORNEYS PLLC
By: /s/ Joanna M. Myers
Joanna M. Myers, Esq.
Jonathan W. Fountain, Esq.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com

*Attorneys for Defendant Marlyn Ramirez*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 29, 2023

---

[1] Defendant's counsel have agreed to prepare, file, and serve the motion despite the fact that preparation of the motion falls outside the scope of the continued representation of Defendant ordered by the Court, which was limited to, *inter alia*, *responding* to Plaintiffs' motion for summary judgment.  (*See* ECF No. 78) (transcript of proceedings).