UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIKE FIELDS, | Case No. 2:21-cv-02102-CDS-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| MARLYN RAMIREZ, | |
| Defendant. | |

Pending before the Court is Defendant's Motion to Seal Exhibit 5 to the Declaration of Joanna M. Myers filed in support of Defendant's Motion for Summary Judgment. ECF No. 90. The Court reviewed the sealed document and finds the entirety of this document does not meet the compelling reason standard for sealing established in *Kamakana v. City & Cnty of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). The contents of the documents is clearly capable of redaction.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Seal (ECF No. 90) is denied without prejudice.

IT IS FURTHER ORDERED that the parties must meet and confer no later than February 2, 2024 to discuss redacting the document so that the redacted copy may be filed on the publicly accessible docket.

IT IS FURTHER ORDERED that a renewed Motion to Seal the unredacted version of Exhibit 5 may be filed simultaneously with a redacted version of the Exhibit no later than **February 9, 2024**.

IT IS FURTHER ORDERED that ECF No. 91, which contains an unredacted version of Exhibit 5 is and shall remain sealed.

Dated this 25th day of January, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE