UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIKE FIELDS,<br><br>          Plaintiff,<br><br>     v.<br><br>MARLYN RAMIREZ,<br><br>          Defendant. | Case No. 2:21-cv-02102-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Howard & Howard Attorneys PLLC's Renewed Motion to Withdraw as Counsel for Defendant Marlyn Ramirez. ECF No. 111. The Court enters this Order without waiting for responses because Ms. Ramirez consented to her counsel's withdrawal and opposing counsel does not oppose the Motion.

This is Howard & Howard's second Motion to Withdraw. The Court held oral argument following the filing of the first Motion to Withdraw at which it was agreed that Howard & Howard would continue its representation of Ms. Ramirez for purposes of completing certain discovery and filing dispositive motions. The Court found withdrawal prior to completing these tasks would result in substantial prejudice and delay. Thus, Howard & Howard remained as counsel for Ms. Ramirez and completed discovery and dispositive motion practice without remuneration. These facts are uncontested.

Under Nevada Rules of Professional Conduct 1.16 and LR (Local Rule) IA 11-6 the Court finds good cause supports the Renewed Motion to Withdraw. Ms. Ramirez is unable to pay Howard & Howard for services already rendered and to be rendered in the future. Thus requiring continued representation of Ms. Ramirez by Howard & Howard would result in an unreasonable and substantial financial burden on the firm and its lawyers. Further, Ms. Ramirez discharged counsel and expressly consented to the withdrawal recognizing she can no longer satisfy the financial conditions of continued representation. Finally, the Court finds its prior concerns regarding prejudice and delay are no longer at issue.

Accordingly, IT IS HEREBY ORDERED that Howard & Howard Attorneys PLLC's Renewed Motion to Withdraw as Counsel for Defendant Marlyn Ramirez (ECF No. 111) is GRANTED.

IT IS FURTHER ORDERED that Howard & Howard **must** send a copy of this Order to Defendant Marlyn Ramirez by electronic and first class U.S. Mail.

IT IS FURTHER ORDERED that counsel for Plaintiff **must** ensure a copy of any Order issued by the Court subsequent to this Order is sent to Ms. Ramirez at her last known physical address by first class U.S. Mail and, if known, emailed to Ms. Ramirez's last known email address, with certificates of service filed in the Court's CM/ECF system confirming the same.

Dated this 6th day of March, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE