Joseph R. Meservy, Esq.
NV State Bar No. 14088
Barron & Pruitt, LLP
3890 West Ann Road
North Las Vegas, NV 89031
(702) 870-3940
JMeservy@lvnvlaw.com

Robert J. Carlson (*Pro Hac Vice*)
Caleb Hatch (*Pro Hac Vice*)
Lee & Hayes, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
(509) 324-9256
carlson@leehayes.com
caleb.hatch@leehayes.com

*Attorneys for Plaintiff*

Nathan E. Lawrence
Nevada Bar No. 15060
Lawrence & Lawrence Law, PLLC
9480 S. Eastern Ave., Ste. 213
Henderson, NV 89123
Telephone: (702) 534-6556
Facsimile: (702) 602-5168
nathan@law2esq.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MIKE FIELDS, an individual,<br><br>Plaintiff<br><br>vs.<br><br>MARLYN RAMIREZ, an individual,<br><br>Defendant | Case No. 2:21-cv-02102-CDS-EJY<br><br>**STIPULATION TO DISMISS** |

The Parties have entered into a confidential settlement agreement to resolve the claims alleged in this action.

IT IS HEREBY STIPULATED by and between the Parties and through their respective attorneys of record, that this entire action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii). Each Party shall bear their own attorneys' fees and costs associated with this action.

STIPULATED MOTION TO DISMISS- 1
Case No. 2:21-cv-02102-CDS-EJY

RESPECTFULLY SUBMITTED this 1st day of November 2024.

/s/ Caleb Hatch
Caleb Hatch
WSBA #51292 (*Pro Hac Vice*)
Robert J. Carlson
WSBA #18455 (*Pro Hac Vice*)
LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Email: caleb.hatch@leehayes.com

Joseph R. Meservy, Esq.
NV State Bar No. 14088
Barron & Pruitt, LLP
3890 West Ann Road
North Las Vegas, NV 89031
(702) 870-3940
Email: JMeservy@lvnvlaw.com

*Attorneys for Plaintiff*

/s/ Nathan E. Lawrence
Nathan E. Lawrence
Nevada Bar No. 15060
Lawrence & Lawrence Law, PLLC
9480 S. Eastern Ave., Ste. 213
Henderson, NV 89123
Telephone: (702) 534-6556
Facsimile: (702) 602-5168
nathan@law2esq.com

*Attorney for Defendant*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:  November 4, 2024

STIPULATED MOTION TO DISMISS- 2
Case No. 2:21-cv-02102-CDS-EJY